FILED IN OPEN COURT
ON 7/13/10
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA
V.

LINDA HENDERSON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:10-M-1630

CHARGING DISTRICTS
CASE NUMBER: CR 10 0331 MHP

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __NORTHERN__ District of __CALIFORNIA__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) __TO BE NOTIFIED__ on _____.
*Date and Time*

_____
Signature of Judge

13 July 2010
*Date*

JAMES E. GATES, USMJ
*Name and Title of Judge*